UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BENITO ORTEGA-RANGEL, <br><br> Petitioner, <br><br> v. <br><br> BRANDON CROWLEY Jail Commander at Clay County Detention Center, in his official capacity only, <br> PAMELA BONDI Attorney General, in her official capacity only, <br><br> Respondents. | No. 2:25-cv-00562-MPB-MJD |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on November 25, 2025, and issued final judgment that same day. Dkts. 17, 18. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Dated: January 22, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:
All Electronically Registered Counsel

Case 2:25-cv-00562-MPB-MJD Document 20 Filed 01/22/26 Page 2 of 2 PageID #: 133